**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 19-6750-JFW(SSx)**                                    Date: April 17, 2020

Title:   Terry Fabricant -v- Muth Capital, LLC, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   DISMISSAL OF ACTION FOR LACK OF PROSECUTION

As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr